IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BMO HARRIS BANK NA**                                                              **PLAINTIFF**

v.                          **CASE NO. 3:21-CV-00139-BSM**

**JEFF SPENCER TRUCKING INC**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE